| PROB 22 | | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:03-20464-CR-JEM |
| | | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| SIMON, ANEURY | SOUTHERN FLORIDA | SUPERVISED RELEASE |
| | NAME OF SENTENCING JUDGE | |
| | THE HONORABLE JOSE E. MARTINEZ | |

| SD/FL PACTS No. 77293 | DATES OF PROBATION SUPERVISED RELEASE | FROM 7/06/06 | TO 7/05/09 |

OFFENSE
IMPORTATION OF A DETECTABLE AMOUNT OF 3, 4 (MDMA OR ECSTASY), IN VIOLATION OF 21 U.S.C. § 952(A), A CLASS C FELONY.

08 CRIM 720

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 6 2008

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Southern District of New York, New York** upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

JUNE 29, 2007
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF NEW YORK, NEW YORK**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG 0 6 2008

_____
Effective Date

_____
United States District Judge

RONALD L. ELLIS
United States Magistrate Judge
Southern District of New York