## REQUEST FOR COURT ACTION / DIRECTION

**08 CRIM 720**

TO: <u>James Molinelli</u>
Clerk's Office-5th Floor

OFFENSE: <u>Importation of a Detectable Amount of 3,4 (Mdma of Ecstasy) 21 Usc 952, Class C Felony.</u>

ORIGINAL SENTENCE: <u>Sixthy Three (63) Months BOP, Followed by Three (3) Years Supervised Release.</u>

FROM: <u>Tiffany Thomas</u>
U.S. Probation Officer

SPEC. CONDITIONS: <u>The Defendant Shall Participate in an Approved Treatment Program for Drug And/or Alcohol Abuse as Directed by the U.s. Probation Office; the Defendant Shall Maintain Full-time, Legitimate Employment and Not Be Unemployed for a Term of More than 30 Days, Unless Excused by the U.s. Probation Officer. Further, the Defendant Shall Provide Documentation, Including but Not Limited To, Pay Stubs, Contractual Agreements, W-2 Wage and Earnings Statements, and Any Other Documents Requested by the U.s. Probation Office; the Defendant Shall Submit to a Search of His Person or Property Conducted in a Reasonable Manner and at a Reasonable Time by the U.s. Probation Officer. Special Assessment: $100.</u>

AUSA: <u>To be determined</u>
DEF. ATTORNEY: <u>To be determined</u>
MED: June 10, 2010

RE: <u>SIMON, Aneury</u>
Docket #: 1:03CR-20464

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
AUG 0 6 2008

DATE OF SENTENCE: <u>Feburary 17, 2004</u>

DATE: July 29, 2008

ATTACHMENTS: PSI <u>X</u>   JUDGMENT <u>X</u>

REQUEST FOR: COURT DIRECTION <u>X</u>

---

### REQUEST FOR ACCEPTANCE OF JURISDICTION

On February 17, 2004 the above-mentioned individual was sentenced as outlined above in the Southern District of Florida, by the Honorable Jose E. Martinez, U.S. District Judge.

On August 20, 2007, we received a letter from the Southern District of Florida,, advising that the Honorable Jose E. Martinez, U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Simon's transfer to the Southern District of New York. At this time, we are requesting that this case be assigned to a Judge in the Southern District of New York.

Enclosed are two (2) Transfer of Jurisdiction Probation Form 22. Upon completion, please return both Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____

Tiffany Thomas
U.S. Probation Officer
212-805-0033

Approved By: _____  Date: 7/29/08
Avriel George
Supervising U.S. Probation Officer